IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lavelle Taylor, ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | No. 17-cv-3642 |
|     -vs- ) | |
| ) | (*Judge Wood*) |
| City of Chicago, et al., ) | |
| ) | |
|     *Defendants*. ) | |

## AGREED MOTION FOR DISCLOSURE OF STATE COURT GRAND JURY MATERIAL

Plaintiff, by counsel and with the agreement of defendants, moves the Court to order disclosure, subject to the confidentiality order entered as ECF No. 66, of the transcripts of state court grand jury proceedings.

Grounds for this motion are as follows:

1. Plaintiff Lavelle Taylor alleges that he was wrongfully convicted of murder in 1996. (Taylor was acquitted at a re-trial following the grant of federal habeas relief, *Taylor v. Grounds*, 721 F.3d 809, 811 (7th Cir. 2013).)

2. The state court prosecution was initiated by a grand jury indictment following grand jury testimony from witnesses to the murder.

3. The transcripts of the Grand Jury proceeding were disclosed to plaintiff's criminal defense lawyers in the criminal proceedings.

4. Under Illinois law, the transcripts may be disclosed to the parties in these proceedings pursuant to an order of this Court. 725 ILCS 5/112-6(c)(3).

5. The parties agree that there is good cause for disclosure: plaintiff had access to the transcripts through his counsel in the criminal proceedings and the witnesses provided testimony relevant to these proceedings.

ACCORDINGLY, the Court should order disclosure, subject to a protective order, of the transcripts of state court grand jury proceedings.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*attorneys for plaintiff*