IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lavelle Taylor, | ) |
| *Plaintiff*, | ) ) ) No. 17-cv-3642 |
| -vs- | ) ) (*Judge Wood*) |
| City of Chicago, et al., | ) ) |
| *Defendants*. | ) |

# JOINT DISCOVERY STATUS REPORT

The parties, by counsel, submit the following discovery status report:

1. The parties have exchanged written discovery and have obtained voluminous discovery in response to third-party subpoenas.

2. The third-party documents include a significant amount of material from the Illinois Torture Inquiry and Relief Commission that was received within the last week. Additionally, the parties received a significant number of recorded phone calls of Plaintiff and his brother, Lowell Taylor, from the Illinois Department of Corrections.

3. The parties have scheduled the following depositions:

| Keith Baker, a witness | December 5, 2019 |
|---|---|
| Teddy Plummer, a witness | January 10, 2020 |
| Benjamin Winfield, a witness | January 7, 2020 |
| Lisa Redmond, a witness | January 14, 2020 |
| Plaintiff | January 15, 2012 |
| Michael Woods, a witness | January 17, 2020 |

4. The parties previously scheduled the deposition of defendant Carrol for December 11, 2019, but have postponed this deposition because of the need to review the documents from the Torture Commission.

5. The deposition of defendant O'Brien has been delayed because of a medical issue. Counsel believes that Defendant O'Brien will be able to sit for a deposition within three months.

6. The parties are also working to schedule depositions of several other witnesses, including Lowell Taylor, plaintiff's brother and co-defendants; Raymond Prusack, plaintiff's criminal defense lawyer; Phillip Marshall, a witness; and retired officer Daniel Houlihan.

7. The Defendant Officers have been unable to serve the following witnesses for depositions: Joyce Parker, Duante Anderson, Toshiba Harris, and Rufus Bingham. The Defendant Officers are continuing their attempts to serve those witnesses.

8. There are three out-of-state witnesses that the parties are attempting to coordinate agreeable dates with all counsel and the witnesses. Those witnesses are Dana McDavid (Tennessee), Dharshina Clinton (Georgia), and Tyesha Clinton (Ohio).

9. The pace of discovery in this matter has been dictated by the challenges posed by litigation about events that occurred more than two decades ago.

10. In light of these challenges, the parties agree that an additional six months to complete fact discovery is appropriate.

11. The parties expect this will be the final extension required.

ACCORDINGLY, the parties respectfully request that the Court set June 12, 2020 as the close of fact discovery.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
Kenneth N. Flaxman
200 S Michigan Ave Ste 201
Chicago, IL 60604-2430
(312) 427-3200
*attorneys for plaintiff*

/s/ Brian J. Stefanich (with consent)
Andrew M. Hale
Brian J. Stefanich
Allyson West
Jennifer Bitoy
Hale Law LLC
53 W. Jackson, Suite 330
Chicago, IL 60604
312-870-6908
*attorneys for defendants O'Brien and Carroll*

/s/ Daniel M. Noland (with consent)
Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 South Wacker Dr., Suite 5200
Chicago, Illinois 60606
312.982-0090
*attorneys for defendant City of Chicago*