# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lavelle Taylor

                    Plaintiff,

v.                                             Case No.: 1:17−cv−03642
                                                       Honorable Andrea R. Wood

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Plaintiff's agreed motion for disclosure of state court grand jury material [69] is granted. Pursuant to 725 ILCS 5/112−6(c)(3), Plaintiff may disclose the state court grant jury proceedings in connection with his 1996 murder conviction. Pursuant to the parties' joint discovery status report [71], the deadline for the completion of fact discovery is extended to 6/12/2020. This is a firm and final deadline. Status hearing set for 3/11/2020 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.